

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8038

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jesus VALDEZ-Moreno | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about January 19, 2008, within the Southern District of California, defendant Jesus VALDEZ-Moreno did knowingly and intentionally import approximately 15.70 kilograms (34.54 lbs.) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Claudia Herzog
Special Agent
Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 22nd DAY OF JANUARY 2008.

Peter C. Lewis
U.S. Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Claudia Herzog, declare under penalty of perjury, the following is true and correct:

On January 19, 2008, at approximately 0955 hours, Jesus VALDEZ-Moreno, a Mexican Citizen, entered the United States from Mexico at the Calexico, CA., East Port of Entry. VALDEZ was the registered owner and driver of a 1990 Toyota Tercel bearing Mexico license plates BEA5332. Customs and Border Protection Officers discovered 13 packages concealed within a specially built compartment located underneath the rear seat of the vehicle. One of the packages was probed and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 13 packages had a combined net weight of approximately 15.70 kilograms (34.54 pounds).

VALDEZ was arrested in violation of Title 21 United States Code Section 952, and 960, Importation of Controlled Substances. VALDEZ acknowledged and waived his Miranda rights. VALDEZ admitted knowledge of the narcotics within the Toyota Tercel, however VALDEZ thought it was marijuana. VALDEZ claimed he was going to receive $1000.00 dollars for the smuggling venture. VALDEZ was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on _____01/19/2008_____ (date) at _____1830_____ (hours).

_____
Claudia Herzog
Immigration & Customs Enforcement
Special Agent

On the basis of the facts presented in the probable cause statement consisting of __1__ page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on __01/19/2008__ in violation of Title 21, United States Code, Section(s) __952 & 960__.

_____
United States Magistrate Judge

__1/18/08 @ 7:47 p.m.__
Date/Time